**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKOLAI BELOV,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.,<br><br>    Respondents. | No. 26-cv-1518-BTM-BLM<br><br>**JUDGMENT AND WRIT OF HABEAS CORPUS** |

For the reasons stated in the Court's order, the Court grants in part the petition for a writ of habeas corpus.  Respondents are ordered to provide Petitioner an individualized bond hearing before a fair, neutral, and open-minded immigration judge no later than April 20, 2026, at which the government shall bear the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released.  If the IJ denies bond, the judge must make specific findings as to why Petitioner is a flight risk or a danger to the community.  If Respondents or the IJ fail to comply with the Court's order and this writ, Petitioner can apply to this Court for relief. If Petitioner is released at the merits hearing, the Government need not provide a bond hearing.  Respondents must confirm compliance with this order no later than April 21, 2026.  The Court retains jurisdiction to enforce the writ.

**IT IS SO ORDERED.**

Dated:  April 5, 2026

Honorable Barry Ted Moskowitz
United States District Judge

2